JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARUGAME UDON USA, LLC, a Delaware Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00794-RGK-KS<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>[23]<br><br>Complaint filed:   August 18, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: ____June 1__, 2022     By: _____/s/ Gary Klausner_____
                                                    Hon. R. Gary Klausner
                                                    United States District Court Judge